IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12MJ87 |
| | ) | Hon. John F. Anderson |
| AMINE EL KHALIFI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FILING OF MEMORANDUM OF UNDERSTANDING FOR NINA HILLARY-BUSH AND ANNE GUHA**

Defendant, Amine El Khalifi, through counsel, and pursuant section 11.B of the Protective Order entered February 23, 2012, herewith files the attached "Memorandum of Understanding" signed by contract paralegal Nina Hillary-Bush and post-graduate fellow, Anne Guha, Esq.  Pursuant to the Protective Order, the original of the attached will be served upon the government.

Respectfully submitted,
AMINE EL KHALIFI
By Counsel

_____/s/_____
Kenneth P. Troccoli
Virginia Bar Number 27177
Joshua M. Paulson
Virginia Bar Number 79703
Attorneys for the defendant
Assistant Federal Public Defenders
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (T)
(703) 600-0880 (F)
Kenneth_Troccoli@fd.org (e-mail)
Joshua_Paulson@fd.org (e-mail)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2012, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gordon D. Kromberg, Esq.
Michael Ben'Ary, Esq.
Assistant U.S. Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Gordon.Kromberg@usdoj.gov
Michael.Ben'Ary2@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.  A courtesy copy also will be delivered by electronic mail to Classified Information Security Officers Christine Gunning at Christine.E.Gunning@usdoj.gov. and Maura Pederson at Maura.L.Pederson@usdoj.gov.

/s/

Kenneth P. Troccoli
Virginia Bar Number 27177
Attorney for the defendant
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0870 (T)
(703) 600-0880 (F)
Kenneth_Troccoli@fd.org (e-mail)
