IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )   CRIMINAL NO. 1:12 mj 87
                                  )
AMINE EL KHALIFI                  )

<u>MEMORANDUM OF UNDERSTANDING</u>

Having familiarized myself with applicable federal laws, I understand that I may be the

recipient of information and documents that concern the present and future security of the United

States and belong to the United States, and that such documents and information, together with

the sources and methods of collecting such, are classified according to security standards set by

the United States Government. In consideration for the disclosure of classified information and

documents,

(1)     I agree that I shall never divulge, publish, or reveal, either by word, conduct, or

any other means, such classified documents and information unless specifically authorized in

writing to do so by an authorized representative of the United States Government; or as

authorized by the Court pursuant to the Classified Information Procedures Act; or as provided for

in the Protective Order entered in the case of *United States v. Amine El Khalifi*, No. 1:12 mj 87.

(2)     I understand that this agreement and any other non-disclosure agreement will

remain binding upon me after the conclusion of the proceedings in *United States v. Amine El

Khalifi*, No. 1:12 mj 87.

(3)     I have received and read a copy of the Protective Order entered in this case by a

Judge for the Eastern District of Virginia on February 23, 2012, relating to classified

*U.S. v. El Khalifi*, No. 1:12 mj 87
Memorandum of Understanding
Page 2

information, I understand this Protective Order, and I agree to comply with the provisions

thereof.

_____
Signature

_____
Date

NINA  HILLARY - BUSH
P.O. BOX 913
Alexandria, VA 22313

_____
Witness

Notary ID: 283726
My Commission Expires 3·31·2014

Sworn to and subscribed to before me this ___ day of _____ 2012.