JS 45 (01/2008)

## Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**                 Under Seal:Yes ____No ____    Judge Assigned: ___JCC___

City _____ Superseding Indictment _____ Criminal Number: ___12 cr 37___

County/Parish  Alexandria____ Same Defendant _____ New Defendant _____

                          Magistrate Judge Case Number _____ Arraignment Date: _____

                          Search Warrant Case Number _____

                          R 20/R 40 from District of _____

                          Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___No  x___FBI # _____

Defendant Name: Amine Mohamed El Khalifi____    Alias Name(s)_____

Address: ███Wyndham Circle, █████Alexandria, VA _____

Employment: _____

Birth date: ███___SS# _____Sex m Def Race _____Nationality  Morocco____Place of Birth _____

Height _____Weight ___ Hair _____ Eyes_____    Scars/Tattoos _____

  Interpreter:__No ___Yes List language and/or dialect: _____Automobile Description _____

**Location Status:**

Arrest Date _____

x__Already in Federal Custody as of _____in _____

___Already in State Custody    ___On Pretrial Release    x__Not in Custody

___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name:  Kenneth Troccoli_____    ___Court Appointed    Counsel conflicted out: ___none_____

       Office of the Federal Public Defender
       1650 King Street, Suite 500

Address:  Alexandria, VA_____    ___Retained    _____

Telephone:_____    x___Public Defender    Federal Public Defender's Office conflicted out:No__

**U.S. Attorney Information:**

AUSA  Gordon Kromberg____Telephone No:  703-299-3721____    Bar #33676_____

**Complainant Agency, Address & Phone Number  or Person & Title:**

SA John Minichello, FBI, 202.233.1238_____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 2332a | attempted use of a weapon of mass destruction | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: ___6/22/12___ Signature of AUSA: _____