IN OPEN COURT

JUN 2 2 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:12-CR-37 |
| AMINE MOHAMED EL-KHALIFI | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kenneth Troccoli
_____
*Printed name of defendant's attorney*

/s/
**James C. Cacheris**
**United States District Judge**
_____
*Judge's signature*

Hon. James C. Cacheris, U.S. District Judge
_____
*Judge's printed name and title*