FILED
IN OPEN COURT

JUN 2 2 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CRIMINAL NO. 1:12-CR-37
                                  )
AMINE MOHAMED EL-KHALIFI,         )
                                  )
          Defendant.              )

## CRIMINAL INFORMATION

(Count 1)

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about December 1, 2011, and continuing through on or about February 17, 2012, in the Eastern District of Virginia and elsewhere, defendant AMINE EL KHALIFI did knowingly and unlawfully attempt to use a weapon of mass destruction, that is, a destructive device consisting of an improvised explosive device, against property that is owned and used by the United States, namely the United States Capitol Building, in Washington, D.C., and against persons and property within the United States and a facility of interstate commerce was used in furtherance of the offense, the property is used in interstate and foreign commerce and in an activity that affects interstate and foreign commerce, a perpetrator traveled in interstate commerce in furtherance of the offense, and the results of the offense would have affected interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 2332a(a)).

Neil H. MacBride
United States Attorney

By: _____
Michael P. Ben'Ary
Gordon D. Kromberg
Assistant U.S. Attorney