# United States v. Amine El-Khalifi

# EXHIBIT 1 (Letter on Defendant's Behalf)

 **Saad**   to: Kenneth Troccoli                                   09/03/2012 05:11 AM

To the judge deciding Amine's future

I am Amine's little brother, and I would like for you to take in consideration the following.

Amine was always a straight forward and a very caring, sensible person. He would often help people in the street if he can, for example help carrying things for the elderly. One thing that bothered Amine the most were our parents financial situation, he would cry sometimes. I remember multiple times where Amine had 150$ in his pocket only and he would send it all to our parents while he was starving. When I was staying with Amine he would deprive him self to feed me and always tells me to tell our parents that everything is fine. Unfortunately our parents situation kept getting worse, I am sure that affected deeply. He will always show that everything is fine, while he was suffering deep inside. I assure you that this is the truth and I am not inventing any of this. I am his brother and I love him and feel that it is my duty to help him as he helped many of us.

Thank you for your time and understanding.

                        Saad Elkhalifi