# United States v. Amine El-Khalifi

# EXHIBIT 2 (Chart of Terrorism Cases)

### *United States v. El-Khalifi* : Notable Terrorism Cases Involving FBI Sting Operations
**Date: Sept. 7, 2012**

| 18 U.S.C. § 2332a (WEAPON OF MASS DESTRUCTION) CASES INVOLVING FBI STING OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Charges of Conviction** | **Court / Case No.** | **Plea / Trial** | **Guidelines Range** | **Sentence / Date** | **Facts** |
| Abu Khalid **ABDUL-LATIF** | 1 count § 2332a (conspiracy to use weapon of mass destruction), 1 count §§ 1114 and 1117 (conspiracy to murder officers/employees of U.S.), 3 counts 922(g)(1) (unlawful possession of firearms); 3 counts 922(c)(1) (possession of firearms in furtherance of crime of violence); 1 count § 373 (solicitation to commit crimes of violence) (all charges pending) | Case No. 2:11-cr-228 (W.D. Wash.) | Charges pending | N/A | Trial scheduled for March 2013 | Plotted with FBI to attack personnel at military processing center in Seattle; obtained machineguns from FBI (co-defendant of Mujahidh) |
| James **CROMITIE;** David **WILLIAMS;** Onta **WILLIAMS** | 4 counts § 2332a (conspiracy and attempt to use weapon of mass destruction), 2 counts § 2332g (conspiracy and attempted acquisition  and use of anti-aircraft missiles), 2 counts § 1114 (conspiracy and attempt to kill officers/employees of the U.S.) | Case No. 7:09-cr-558 (S.D.N.Y.) | Convicted by jury | Life (Offense Level 43+ at CHC VI); 25-year statutory mandatory minimum for § 2332g counts | 300 months (25 years) (sentence imposed June 29, 2011) | Members of "Newburgh Four" - plotted with FBI to bomb synagogues and attack airplanes at Stewart Air Force Base |
| Amine Mohamed **EL-KHALIFI** | 1 count § 2332a (attempted use of weapon of mass destruction) | Case No. 1:12-cr-307 (E.D. Va.) | Guilty plea; 11(c)(1)(C) (agreed sentence 25-30 years) | Life (Offense Level 43+ at CHC VI) | Sentencing scheduled for Sept. 14, 2012 | Plotted with FBI agents to attack U.S. Capitol by detonating explosive vest and using MAC-10 submachine gun |
| Michael C. **FINTON** | 1 count § 2332a (attempted use of weapon of mass destruction) | Case No. 3:10-cr-30215 (S.D. Ill.) | Guilty plea; 11(c)(1)(C) (agreed sentence 28 years) | Unknown | 336 months (28 years) (sentence imposed May 9, 2011) | Plotted with FBI to detonate truck bomb at federal building/courthouse in Springfield, Illinois and attempted to detonate bomb |

**United States v. El-Khalifi : Notable Terrorism Cases Involving FBI Sting Operations**
**Date: Sept. 7, 2012**

| Name | Charges of Conviction | Court / Case No. | Plea / Trial | Guidelines Range | Sentence / Date | Facts |
|---|---|---|---|---|---|---|
| Sami Samir **HASSOUN** | 1 count § 2332a (attempted use of weapon of mass destruction), 1 count § 844 (attempted use of explosive device) | Case No. 1:10-cr-773 (N.D. Ill.) | Guilty plea; 11(c)(1)(C) (agreed sentence 20 to 30 years) | Life (Offense Level 43+ at CHC VI) | Sentencing scheduled for Dec. 2012 | Plotted with FBI to place bomb in trash can near Wringley Field in Chicago; attempted to detonate bomb |
| Antonio **MARTINEZ** a/k/a Muhammad **HUSSAIN** | 1 count § 2332a (attempted use of weapon of mass destruction) | Case No. 1:10-cr-798 (D. Md.) | Guilty plea; 11(c)(1)(C) (agreed sentence 25 years) | 360 months to life (Offense Level 40 at CHC VI) | 300 months (25 years) (imposed Apr. 6, 2012) | Plotted with FBI to detonate bomb at military recruiting station in Maryland and attempted to detonate bomb |
| Mohamed Osman **MOHAMUD** | 1 count § 2332a (attempted use of weapon of mass destruction) | Case No. 3:10-cr-475 (D. Ore.) | Charge pending | N/A | Trial scheduled for Jan. 2013 | Plotted with FBI to detonate car bomb at Christmas tree lighting in Portland, Oregon; attempted to detonate bomb |
| Walli **MUJAHIDH** | 1 count § 2332a (conspiracy to use weapon of mass destruction), 1 count §§ 1114 and 1117 (conspiracy to murder officers/employees of U.S.), 1 count 922(g)(1) (unlawful possession of firearms) | Case No. 2:11-cr-228 (W.D. Wash.) | Guilty plea; 11(c)(1)(C) (agreed sentence 27-32 years) | Life (Offense Level 43+ at CHC VI) | Sentencing scheduled for Jan. 2013 | Plotted with FBI to attack personnel at military processing center in Seattle; obtained machineguns from FBI (co-defendant of Abdul-Latif) |
| Sami **OSMAKAC** | 1 count § 2332a (attempted use of weapon of mass destruction), 1 count 26 U.S.C. §§ 5861(d) and 5871 (possession of unregistered machinegun) (all charges pending) | Case No. 8:12-cr-45 (M.D. Fla.) | Charges pending | N/A | N/A (trial scheduled for May 2013) | Plotted to commit terrorist attacks in Tampa, Florida; purchased explosives and firearms from undercover agents |

### *United States v. El-Khalifi* : Notable Terrorism Cases Involving FBI Sting Operations
**Date: Sept. 7, 2012**

| Name | Charges of Conviction | Court / Case No. | Plea / Trial | Guidelines Range | Sentence / Date | Facts |
|---|---|---|---|---|---|---|
| Laguerre **PAYEN** | 4 counts § 2332a (conspiracy and attempt to use weapon of mass destruction), 2 counts § 2332g (conspiracy and attempted acquisition  and use of anti-aircraft missiles), 1 count §§ 1114 and 1117 (conspiracy to kill officers/employees of the U.S.) | Case No. 7:09-cr-558 (S.D.N.Y.) | Convicted by jury | Life (Offense Level 43+ at CHC VI); 25-year statutory mandatory minimum for § 2332g counts | 300 months (25 years) (sentence imposed Sept. 7, 2011) | Member of "Newburgh Four" - plotted with FBI to bomb synagogues and attack airplanes at Stewart Air Force Base |
| Derrick **SHAREEF** | 1 count § 2332a (attempted use of weapon of mass destruction) | Case No. 1:06-cr-919 (N.D. Ill.) | Guilty plea; no written plea agreement | Life (Offense Level 43+ at CHC VI) | 420 months (35 years) (sentence imposed Sept. 30, 2008) | Plotted with FBI to attack shopping mall in Rockford, Illinois; attempted to purchase guns and hand grenades from FBI |
| Hosam Maher Husein **SMADI** | 1 count § 2332a (attempted use of weapon of mass destruction) | Case No. 3:09-cr-294 (N.D. Tex.) | Guilty plea; 11(c)(1)(C) (agreed sentence not more than 30 years) | Life (Offense Level 43 at CHC VI) | 288 months (24 years) (sentence imposed Oct. 19, 2010) | Plotted with FBI to detonate truck bomb at office building in Dallas, Texas; attempted to detonate bomb |
| **OTHER NOTABLE E.D. VA. CASES INVOLVING FBI STING OPERATIONS** | | | | | | |
| Farooque **AHMED** | 1 count § 2339B (attempt to provide material support to a designated terrorist organization), 1 count § 1992(a)(8) (collecting information to assist in planning a terrorist attack on a transit facility) | Case No. 1:10-cr-413 (E.D. Va.) (Lee, D.J.) | Guilty plea; 11(c)(1)(C) (agreed sentence 23 years) | 360-420 months (Offense Level 37 at CHC VI) | 276 months (23 years) (sentence imposed Apr. 22, 2011) | Plotted with FBI agents to bomb Metro stations in Arlington, Virginia |