IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:12-CR-37 |
| | ) | |
| AMINE MOHAMED EL-KHALIFI | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATED REQUEST FOR JUDICIAL REMOVAL ORDER

Neil H. MacBride, United States Attorney for the Eastern District of Virginia, Gordon D. Kromberg, Assistant United States Attorney, the defendant, AMINE MOHAMED EL-KHALIFI, and the defendant's counsel hereby agree and stipulate pursuant to Title 8, United States Code, Section 1228(c)(5) to the following:

1.  Defendant's right to notice and hearing before an immigration judge prior to removal from the United States has been fully explained to him by his attorney and the defendant understands and waives the right to notice and a hearing before an immigration judge prior to removal from the United States.

2.  Defendant's right to a judicial removal proceeding has been fully explained to him by his attorney and defendant understands and acknowledges that he is waiving his right to examine the evidence against him that establishes that he is removable from the United States and present any evidence on his own behalf that establishes he is not subject to removal from the United States.

1

3.  The Court should enter a judicial order that defendant be removed from the United States to Morocco following completion of his term of incarceration.

4.  The facts in support of this request are as follows:

    a.  The defendant is not a citizen or national of the United States.

    b.  The defendant is a native and citizen of Morocco.

    c.  The defendant was admitted to the United States on June 27, 1999 as a nonimmigrant visitor with a B2 visa and authorized to remain in the United States for a temporary period no later than June 27, 2000.

    d.  The defendant remained in the United States beyond the authorized period without authorization from the Immigration and Naturalization Service.

    e.  At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in this Court of violations of Title 18, United States Code, Section 2332a(a) (attempting to use weapons of mass destruction).

    f.  The defendant is subject to removal under section 237(a)(1)(B) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1227(a)(1)(B) as an alien who is present in the United States in violation of the INA or any other law of the United States as amended, in that after admission as a nonimmigrant under section 101(a)(15) of the Act, 8 U.S.C. § 1101(a)(15), he remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States; and under section 237(a)(4)(B) of the INA, 8 U.S.C.§ 1227(a)(4)(B) as he is an alien described in INA section 212(a)(3)(B), 8

2

U.S.C. § 1182(a)(3)(B) in that he has engaged in a terrorist activity as defined in section 212(a)(3)(B) of the INA, 8 U.S.C. § 1182(a)(3)(B).

5.    The defendant has waived his right to notice and a hearing under section 238(c) of the INA, 8 U.S.C. § 1228(c).

6.    The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal as set forth in the plea agreement.

7.    Accordingly, the United States and the defendant jointly request that the Court, after imposing sentence, order that the defendant be removed from the United States to Morocco so that upon the defendant's completion of his term of incarceration, United States and Immigration and Customs Enforcement may execute the order of removal according to the applicable laws and regulations.

SO STIPULATED

Neil H. MacBride
United States Attorney

Gordon D. Kromberg
Assistant United States Attorney

Date 9/12/12

I have read this agreement and carefully discussed every part of it with my attorney. I understand the terms of this agreement, and I voluntarily agree to those terms. My attorney has advised me of my rights, of possible defenses, and of the consequences of entering into this agreement. No promises or inducements have been given to me other than those contained in this agreement. No one has threatened or forced me in

3

any way to enter into this agreement.  Finally, I am satisfied with the representation

of my attorney in this matter.

_____                    _____09/12/12_____
AMINE MOHAMED EL-KHALIFI                          Date
Defendant


I am counsel for the defendant in this case.  I have carefully discussed every part of

this agreement with my client.  Further, I have fully advised my client of his rights, of

possible defenses, and of the consequences of entering into this agreement.  To my

knowledge, my client's decision to enter this agreement is an informed and voluntary

one.

_____                    _____9-12-12_____
Kenneth Troceoli                                    Date
Joshua Paulson
Counsel for the Defendant

4