IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | CRIMINAL NO. 1:12-CR-37 |
| ) | |
| AMINE MOHAMED EL-KHALIFI    ) | |

JUDICIAL ORDER OF REMOVAL

Upon the request of the United States of America, the consent of Amine

Mohamed El-Khalifi ("the defendant"), and upon all prior proceedings and submissions

in this matter; and full consideration having been given to the matter set forth herein; this

Court finds:

1.    The defendant is not a citizen or national of the United States.

2.    The defendant is a native and citizen of Morocco.

3.    The defendant was admitted to the United States on June 27, 1999 as a

nonimmigrant visitor with a B2 visa and authorized to remain in the

United States for a temporary period no later than June 27, 2000.

4.    The defendant remained in the United States beyond the authorized period

without authorization from the Immigration and Naturalization Service.

5.    The defendant pled guilty in this Court to attempting to use a weapon of

mass destruction, a violation of Title 18, United States Code, Section

2332a(a).

6.    The defendant is subject to removal under section 237(a)(1)(B) of the

Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C.

§ 1227(a)(1)(B), as an alien who is present in the United States in

violation of the INA or any other law of the United States as amended, in that after admission as a nonimmigrant under section 101(a)(15) of the Act, 8 U.S.C. § 1101(a)(15), he remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States; and, given the defendant's conviction for violating 18 U.S.C. § 2332a(a) (attempting to use weapons of mass destruction), he is also subject to removal under section 237(a)(4)(B) of the INA, 8 U.S.C.§ 1227(a)(4)(B), as he is an alien described in INA § 212(a)(3)(B), 8 U.S.C. § 1182(a)(3)(B) in that he  has engaged in a terrorist activity as defined in section 212(a)(3)(B) of the INA, 8 U.S.C. § 1182(a)(3)(B).

7.  The defendant has waived his right to notice and a hearing under section 238(c) of the INA, 8 U.S.C. § 1228(c).

8.  The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT, pursuant to 238(c) of the INA, 8 U.S.C. § 1228(c), the defendant is hereby ordered removed from the United States to Morocco.


Dated:  September 14, 2012


_____


2