UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

--------------------------

UNITED STATES OF AMERICA

-against-

SIDI MOHAMED AMINE EL KHALIFI

Defendant

--------------------------X

CONCURRENCE OF UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

Based upon a review of the file kept by the United States Department of Homeland Security for Sidi Mohamed Amine El Khalifi ("the defendant"), and based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated:       Alexandria, Virginia
             September 6, 2012

John Torres
Special Agent in Charge
United States Immigration and
Customs Enforcement