UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| v. | **MOTION** |
| **AMINE KHALIFI,** | **No. 1:12-CR-037** |
| Defendant. | **18 USC 3582(c)(1)(A)(i)** |

_____

### DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

COMES NOW Mr. Amine Khalifi, as more fully expanded in the memorandum of law of Kathy Manley, attorney for Mr. Khalifi, dated October 26, 2020, and hereby moves this Court for compassionate release pursuant to 18 USC 3582(c)(1)(A)(i), as amended by the First Step Act (Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 [eff. 12/21/20l8.])

WHEREAS, Amine Khalifi respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

Dated: October 26, 2020.

Respectfully Submitted
_____/s/_____
Ashraf W. Nubani VA #43595
AWN Point Law
5025-B Backlick Road
Annandale, VA 22003
Tel: (703) 658-5151

awn@awnpointlaw.com
*Local Counsel*

____/s/_____
Kathy Manley
(*pro hac vice)*
26 Dinmore Road
Selkirk, NY 12158
(518) 635-4005 (phone and fax)
Mkathy1296@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of October 2020, I filed the foregoing Defendant's Motion for Compassionate Release with the Clerk of Court via the CM/ECF system, which will then send a notice electronically to the following:

United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3980

BY:                    /s/
                 Ashraf W. Nubani
                 AWN Point Law, PLLC
                 5025-B Backlick Road
                 Annandale, VA 22003
                 Tel: (703) 658-5151
                 Email: awn@awnpointlaw.com